**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 99-7350**

RONALD SMITH, JR.,

                                                    Petitioner - Appellant,

        versus

MARK HENRY, Warden; UNITED STATES BUREAU OF
PRISONS; KATHLEEN HAWK SAWYER, Director,

                                                    Respondents - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-99-2269-JFM)

Submitted:  March 23, 2000          Decided:  March 29, 2000

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronald Smith, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ronald Smith, Jr., appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Smith v. Henry, No. CA-99-2269-JFM (D. Md. Aug. 10, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on August 9, 1999, the district court's records show that it was entered on the docket sheet on August 10, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order is entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).